IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERIC LAVELLE MAY<br>(AIS # 209534),<br><br>    Plaintiff,<br><br>vs.<br><br>RONZELLE HOWARD,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 13-0557-CG-C<br>)<br>)<br>)<br>) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 14th day of July, 2014.

                                          /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE